**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

ALEXANDRIA CURCIE,                                          Case No.:

      Plaintiff,

v.

CITY OF MIAMI, CARLOS GRAVE
DE PERALTA, Individually,
MARC ABRAHAM, Individually,

      Defendants,

_____/

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants, CITY OF MIAMI,

("the City"), and Officer Carlos Grave De Peralta, Officer Marc Abraham, in their individual

capacities (collectively "Officers"), by and through the undersigned counsel, hereby remove to

this Court the instant action from the Circuit Court of the Eleventh Judicial Circuit in and for

Miami-Dade County, Florida, to the United States District Court for the Southern District of

Florida. As grounds for removal Defendant states as follows:

1.     The State Court action was commenced by Plaintiff, ALEXANDRIA CURCIE

("Plaintiff"), with the filing of her Complaint on March 31, 2022, in the Circuit Court of the

Eleventh Judicial Circuit of Florida, Miami-Dade County (Case No.: 2022-005981-CA-01).

2.     On May 20, 2022, the City of Miami was served with the instant Complaint,

making a response due on or before June 20, 2022.

3.     On June 6, 2022, Defendant, Officer Carlos Grave de Peralta, was served with the

instant Complaint, making a response due on or before June 27, 2022.

4.      On June 7, 2022, Defendant, Officer Marc Abraham, was served with the instant Complaint, making a response due on or before June 27, 2022.

5.      This Notice is filed within thirty (30) days after Service of the Complaint and Summons on the Officers in accordance with 28 U.S.C. § 1446(b).

6.      The Action is properly removable pursuant to 28 U.S.C. § 1441(a), which provides:

> Except as otherwise expressly provided by an Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.

7.      The United States District Court has jurisdiction of the Action under 28 U.S.C. § 1331, which provides: "The district shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

8.      In her Complaint, Plaintiff alleges the Officers (Counts I-II) violated 42 U.S.C. § 1983 for alleged violations of Plaintiff's rights under the Fourth Amendment to the United States Constitution. Thus, the District Court has original jurisdiction of Plaintiff's Federal Counts I-II.

9.      Additionally, Plaintiff's state law claims against the City (Count III) are removable under supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

10.      In Count III, the Plaintiff alleges a common law tort claim of battery against the City based on the same set of facts alleged in her Federal claims in Counts I-II, and therefore are so factually related that Count III is properly removable. *See* 28 U.S.C. § 1367.

11.      Pursuant to 28 U.S.C. § 1441(a), this Court is the proper forum for removal of the Action because it is the federal court for the district and division embracing the place where the state court suit is pending.

12.     Pursuant to 28 U.S.C. § 1446(d), Plaintiff is being provided with written notice of the filing of this Notice of Removal.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed with the Clerk of the Court for the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

14.     Pursuant to 28 U.S.C. § 1446(a) copies of all process, pleadings, papers, and orders served upon the Defendants in the Action are being provided to the Court with this Notice, attached hereto as Exhibit "A".

15.     By filing this Notice of Removal, the Defendants do not intend to waive any available defenses; no admission of fact, law or liability is intended by this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved. All Defendants consent to the removal of the Action from State Court to the Southern District of Florida.

**WHEREFORE**, Defendants, CITY OF MIAMI, and Officer Carlos Grave De Peralta, Officer Marc Abraham, in their individual capacities, hereby remove this case from the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida, and respectfully request that the Court exercise jurisdiction over this matter and proceed with resolution of this case as if it had been originally filed herein.

Dated: June 27, 2022

VICTORIA MÉNDEZ, City Attorney
BRANDON L. FERNANDEZ,
Assistant City Attorney
Attorneys for **Defendants**
444 S.W. 2nd Avenue, Suite 945
Miami, FL  33130-1910
Tel.: (305) 416-1800
Fax: (305) 400-5071
Email:  BFernandez@miamigov.com
Secondary Email:  dbailey@miamigov.com

By: */s/ Brandon L. Fernandez*
    Brandon L. Fernandez
    Assistant City Attorney
    Florida Bar No. 1002969

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 27th day of June, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Brandon L. Fernandez*
    Brandon L. Fernandez
    Assistant City Attorney
    Florida Bar No. 1002969

## SERVICE LIST

Farnita Saunders Hill, Esq
Morgan & Morgan, P.A.
333 W. Vine Street, Suite 1200
Lexington, KY 40507
farnitahill@forthepeople.com
shuss@forthepeople.com
Attorney for**, Alexandria Curcie**

4